IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.

Dated: August 21, 2009

_____
SARAH S. CURLEY
U.S. Bankruptcy Judge



**TIFFANY & BOSCO**
P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-14221/19628395

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Bryan Thomas Bowers and Traci Ann Bowers<br>      Debtors.<br>_____<br>Velocity Commercial Capital, LLC<br>      Movant,<br>  vs.<br><br>Bryan Thomas Bowers and Traci Ann Bowers, Debtors, Brian J. Mullen, Trustee.<br><br>      Respondents. | No. 2:09-bk-12175-SSC<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #14) |

    Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefor,

    IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated September 14, 2007 and recorded in the office of the Maricopa County Recorder wherein Velocity Commercial Capital, LLC is the current beneficiary and Bryan Thomas Bowers and Traci Ann Bowers have an interest in, further described as:

> PARCEL NO. 1:
> That part of Tract B, of NORTHTOWN, according to the Plat of record in the office of the County Recorder of Maricopa County, Arizona, recorded in Book 58 of Maps, Page 46, described as follow:
> BEGINNING at the Northwest corner of Tract B, NORTHTOWN;
> THENCE South 150 feet along the West line of Tract B;
> THENCE 89 degrees 59 minutes East, 200 feet to a point on the East line of Tract B; Thence North 117.88 feet along the Eastern line of Tract B; THENCE Northwesterly 31.42 feet along a curve to the left which has a radius of 20.02 feet and a central angle of 89 degrees 59 minutes; THENCE North 89 degrees 59 minutes West, 88.04 feet along the North line of Tract B;
> THENCE Northwesterly 93.02 feet along the curve to the right which has a radius of 354.77 feet and a central angle of 15 degrees 01 minutes 22 seconds to the POINT OF BEGINNING;
> EXCEPT the West 50 feet as measured along the South line of said Parcel.
>
> PARCEL NO. 2:
> The West 50 feet as measured along the South line of the following described property:
> That part of Tract B, of NORTHTOWN, according to the Plat of record in the office of the County Recorder of Maricopa County, Arizona, recorded in Book 58 of Maps, Page 46, described as follow:
> BEGINNING at the Northwest corner of Tract B, NORTHTOWN:
> THENCE South 150 feet along the West line of Tract B;
> THENCE 89 degrees 59 minutes East, 200 feet to a point on the East line of Tract B;
> THENCE North 117.88 feet along the Eastern line of Tract B;
> THENCE Northwesterly 31.42 feet along a curve to the left which has a radius of 20.01 feet and central angle of 89 degrees 59 minutes;
> THENCE North 89 degrees 59 minutes West, 88.04 feet along the North line of Tract B;
> THENCE Northwesterly 93.02 feet along the curve to the right which has a radius of 354.77 feet and a central angle of 15 degrees 01 minutes 22 seconds to the POINT OF BEGINNING.

IT IS FURTHER ORDERED that Movant may contact the Debtors by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtors may convert.

DATED this ____ day of _____, 2009.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT